AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Swift-Lite Charcoal USA Inc.,<br><br>*Plaintiff(s)*<br>v.<br>Ole Holdings, LLC, Lazaro G. Lastra, Alexander Lastra, and DOES 1-10<br><br>*Defendant(s)* | ) | Civil Action No. 1:17-cv-21837-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ole Holdings, LLC
1020 East 17th Street
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ezra Sutton, P.A.
900 Route 9 North, Suite 201
Woodbridge, New Jersey 07095

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/18/2017

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Swift-Lite Charcoal USA Inc.,<br>*Plaintiff(s)*<br>v.<br>Ole Holdings, LLC, Lazaro G. Lastra, Alexander Lastra, and DOES 1-10<br>*Defendant(s)* | ) | Civil Action No. 1:17-cv-21837-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lazaro G. Lastra
c/o Ole Holdings, LLC
1020 East 17th Street
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ezra Sutton, P.A.
900 Route 9 North, Suite 201
Woodbridge, New Jersey 07095

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: 05/18/2017

*s/ Randi Marks*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Swift-Lite Charcoal USA Inc.,

*Plaintiff(s)*

v.

Ole Holdings, LLC, Lazaro G. Lastra, Alexander Lastra, and DOES 1-10

*Defendant(s)*

Civil Action No. 1:17-cv-21837-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alexander Lastra
c/o Ole Holdings, LLC
1020 East 17th Street
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ezra Sutton, P.A.
900 Route 9 North, Suite 201
Woodbridge, New Jersey 07095

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Date: 05/18/2017